Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:   bheikali@faruqilaw.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GLASS, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 3:19-cv-04532-JD<br>)<br>) |
| v. | )<br>) **NOTICE OF VOLUNTARY** |
| WAGEWORKS, INC., STUART C. HARVEY, JR., THOMAS A. BEVILACQUA, EDGAR O. MONTES, GEORGE PATRICK SCANLON, BRUCE G. BODAKEN, JEROME D. GRAMAGLIA, ROBERT L. METZGER, and CAROL GOODE, | ) **DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Charles Glass ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-referenced matter, with prejudice to himself and without prejudice as to all others similarly situated. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: October 1, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Benjamin Heikali*
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY  10017
Tel:  212-983-9330
Fax:  212-983-9331
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*